UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GHEORGE BLEDEA and
ELISABETA BLEDEA,

                    NO. CIV. S-09-1239 LKK/GGH

    Plaintiffs,

  v.

                    O R D E R

INDYMAC FEDERAL BANK,
MORTGAGEIT, INC., MARIPOSA
MORTGAGE, INC., MORTGAGE
ELECTRONIC REGISTRATION
SYSTEM, INC., MARIO BURNIAS,
JOSE LUIS CALLEJA, BIC D.
PHO and DOES 1-20, inclusive,

    Defendants.
_____/

    A status conference was held in chambers on August 10, 2009
After hearing, the court orders as follows:

    1.   A further status conference is set for October 19, 2009
        at 10:00 a.m.  Plaintiff is ordered to inform FDIC
        counsel of the new status conference date.

    IT IS SO ORDERED.

    DATED: August 11, 2009.

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT