UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GHEORGE BLEDEA and
ELISABETA BLEDEA,

           Plaintiffs,

   v.

INDYMAC FEDERAL BANK,
MORTGAGEIT, INC., MARIPOSA
MORTGAGE, INC., MORTGAGE
ELECTRONIC REGISTRATION
SYSTEM, INC., MARIO BURNIAS,
JOSE LUIS CALLEJA, BIC D.
PHO and DOES 1-20, inclusive,

           Defendants.

_____/

NO. CIV. S-09-1239 LKK/GGH

O R D E R

    Defendant Mortgage Electronic Registration System Inc. moved to dismiss (Doc. No. 22) plaintiff's first amended complaint. A hearing on defendants' motion was set for September 14, 2009. Counsel for defendants appeared but counsel for plaintiff did not.

    Accordingly, the court orders as follows:

    1.   Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in writing within ten (10) days of the date of this order

1

        why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110.

2. Defendant's motion to dismiss, Doc. No. 22, is SUBMITTED.

IT IS SO ORDERED.

DATED: September 28, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT