UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GHEORGE BLEDEA and
ELISABETA BLEDEA,

        Plaintiffs,

   v.

INDYMAC FEDERAL BANK,
MORTGAGEIT, INC., MARIPOSA
MORTGAGE, INC., MORTGAGE
ELECTRONIC REGISTRATION
SYSTEM, INC., MARIO BURNIAS,
JOSE LUIS CALLEJA, BIC D.
PHO and DOES 1-20, inclusive,

        Defendants.
_____/

NO. CIV. S-09-1239 LKK/GGH

O R D E R

On September 28, 2009, this court ordered counsel for plaintiff to show cause why sanctions should not issue for counsel's failure to appear at a hearing noticed in the above matter for September 14, 2009. Counsel has filed a response. Good cause having been shown, the court finds that no sanction is appropriate.

////

1

1     IT IS SO ORDERED.

2     DATED: September 29, 2009.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```