UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GHEORGE BLEDEA and
ELISABETA BLEDEA,

                              NO. CIV. S-09-1239 LKK/GGH

        Plaintiffs,

    v.

                                O R D E R

INDYMAC FEDERAL BANK,
MORTGAGEIT, INC., MARIPOSA
MORTGAGE, INC., MORTGAGE
ELECTRONIC REGISTRATION
SYSTEM, INC., MARIO BURNIAS,
JOSE LUIS CALLEJA, BIC D.
PHO and DOES 1-20, inclusive,

        Defendants.

                              /

        Pending before the court in the above-captioned case are a motion to dismiss and a motion to strike by defendant Mortgage IT, Inc., Doc. Nos. 26, 30. The court does not find oral argument necessary in these matters. Accordingly, the hearing currently set for October 13, 2009 is VACATED. The deadline for submission of defendant's reply memoranda, if any, remains unchanged.

////

1

```
 1        IT IS SO ORDERED.
 2        DATED:  September 30, 2009.
 3
 4                                  /s/ Lawrence K. Karlton
                                    _____
 5                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
 6                                  UNITED STATES DISTRICT COURT
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```