UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GHEORGE BLEDEA and
ELISABETA BLEDEA,

        NO. CIV. S-09-1239 LKK/GGH

       Plaintiffs,

    v.

        O R D E R

INDYMAC FEDERAL BANK,
MORTGAGEIT, INC., MARIPOSA
MORTGAGE, INC., MORTGAGE
ELECTRONIC REGISTRATION
SYSTEM, INC., MARIO BURNIAS,
JOSE LUIS CALLEJA, BIC D.
PHO and DOES 1-20, inclusive,

       Defendants.

_____/

On April 30, 2010, the court filed an order noting that because plaintiffs' operative complaint contained no federal causes of action, it appeared that the court should decline to exercise supplemental jurisdiction over the remaining state law claims. The court granted the parties fourteen (14) days to file briefing as to why this court should retain suit, and explained that "If no such brief is filed, the court will dismiss this suit without

1

1   prejudice for lack of subject matter jurisdiction."

2        This period expired on May 14, 2010.   Plaintiffs filed a

3   statement indicating their non-opposition to dismissal for lack of

4   subject   matter   jurisdiction.     No   other   response   was   filed.

5   Accordingly, this case is DISMISSED for lack of subject matter

6   jurisdiction.   The clerk of the court is directed to CLOSE this

7   case.

8        IT IS SO ORDERED.

9        DATED:   June 4, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT