UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

                                                  **JUDGMENT IN A CIVIL CASE**

**GHEORGE BLEDEA, ET AL.,**

                                                  CASE NO: **2:09−CV−01239−LKK−GGH**

      v.

**MORTGAGEIT, INC., ET AL.,**

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 6/7/2010**

                                                  **Victoria C. Minor**
                                                  Clerk of Court

ENTERED: **June 7, 2010**

                                      by: /s/ D. Duong
                                                Deputy Clerk